

# Fourth Court of Appeals
## San Antonio, Texas

August 30, 2022

No. 04-22-00522-CV

Maria Zacarias **GUTIERREZ**,
Appellant

v.

Guadalupe **GUTIERREZ** et al.,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV03767
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The clerk's record was due on August 29, 2022 in this appeal. On August 29, 2022, the trial court clerk filed a record that does not comply with Texas Rule of Appellate Procedure 34.5(a). The Bexar County Clerk is hereby ORDERED to file a supplemental clerks record, **no later than September 9, 2022**, that fully complies with the requirements of Rule 34.5(a).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court